■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHELDON RIVERS, Appellant. [698 NYS2d 529] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rios, J.), rendered May 29, 1997, convicting him of robbery in the third degree and petit larceny (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court properly determined that the defendant failed to make a prima facie showing of discrimination in the selection of jurors under *Batson v Kentucky* (476 US 79; *see, People v Jenkins,* 84 NY2d 1001, 1003; *People v Childress,* 81 NY2d 263, 266; *People v Gray,* 243 AD2d 648).

The defendant's present contentions that he was deprived of a fair trial by the prosecutor's questioning of him during cross-examination, the prosecutor's summation, and certain comments made by the court are largely unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Sevencan,* 258 AD2d 485; *People v Campbell,* 236 AD2d 618). In any event, no reversible error occurred.

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80). O'Brien, J. P., Krausman, Florio and Feuerstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL RODRIGUEZ, Appellant. [698 NYS2d 891] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 23, 1996 (*People v Rodriguez,* 234 AD2d 571), affirming a judgment of the Supreme Court, Queens County, rendered June 2, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, O'Brien and Thompson, JJ., concur.